IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COLLEEN CLARK,** | ) |
| Plaintiff, | ) |
| v. | ) 2:24cv243 |
| | ) **Electronic Filing** |
| **OWL CLEANERS, INC.** | ) |
| Defendant. | ) |

### ORDER OF COURT

AND NOW, this 12th day of February, 2024, upon due consideration of the Magistrate Judge's report of January 15, 2025, recommending that this case be dismissed because of plaintiff's failure to prosecute and defendant Owl Cleaner's motion to dismiss be denied as moot, to which objections were due on February 3, 2025, and with no objections having been filed, and after *de novo* review of the record, IT IS ORDERED that this action be, and the same hereby is, dismissed for failure to prosecute. A final judgment order pursuant to Rule 58 in the form of dismissal will follow; and

IT FUTHER IS ORDERED that [10] defendant Owl Cleaner's motion to dismiss be, and the same hereby is, denied as moot. The [14] Magistrate Judge's Report and Recommendation of January 15, 2025, is adopted as the opinion of the court.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Colleen Clark
210 Wallula Drive
Butler, PA 16001

(*Sent Via First Class Mail*)

Andrew Maunz, Esquire

(*Via CM/ECF Electronic Mail*)